```
JENNIFER AARON EAVES-LATCH
24529 WEEKLY RD
SAUCIER, MS 39574

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AMEX
PO BOX 981535
EL PASO, TX 79998

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

CITIIBANK
ATTN: BANKRUPTCY
PO BOX 6403
SIOUX FALLS, SD 57117

COMENITY CAPITAL
PO BOX 182508
COLUMBUS, OH 43218

COMENITY CAPITAL
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

DISCOVER
ATTN: BANKRUPTCY
PO BOX 30954
SALT LAKE CITY, UT 84130

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

FNB OMAHA
ATTN: BANKRUPTCY
P.O. BOX 3128
OMAHA, NE 68103

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

JENIUS BANK
P.O. BOX 71217
PHILADELPHIA, PA 19176

KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534

LOWES
PO BOX 530914
ATLANTA, GA 30353-0914

MAZDA FINANCIAL
MOBILITYONE
DALLAS, TX 75265

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

SMALL BUSINESS ADMINIS
P.O. BOX 740192
ATLANTA, GA 30374-0192

STRIPE CAPITAL
354 OSYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA 94080

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY
PO BOX 71727
PHILADELPHIA, PA 19176

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US BK CACS
ATTN: BANKRUPTCY
PO BOX 5229
CINCINATTI, OH 45201

WELLS FARGO BANK
ATTN: BANKRUPTCY
PO BOX 393
MINNEAPOLIS, MN 55480
```