**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Jennifer Aaron Eaves-Latch, Debtor         Case No. 26-50599-KMS
                                                                              CHAPTER 7

**CERTIFICATE OF COMPLIANCE OF PROVISION OF**
**PAYMENT ADVICES TO CASE TRUSTEE**

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above-named Debtor

and files this her certificate of compliance with the Court that payment advices required by 11

U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee

Zachary S. Wessler, Sr., 1806 23rd Avenue, Suite A, Gulfport, MS 39501, pursuant to standing

order of the United States Bankruptcy Court for the Southern District of Mississippi.

WITNESS my signature on April 23, 2026.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533


CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with
the Court, a true and correct copy of the above and foregoing Certification on April 23, 2026. All
interested parties will receive electronic notification from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.